**USPS TRACKING #**

9590 9402 7547 2098 4315 78

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Clerk's Office
U.S. District Court
for the Northern District of Ohio
801 W Superior Ave #100
Cleveland, OH 44113

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **JONATHAN D. HEAVEY**
   20922 Avalon Dr.
   Rocky River, Ohio 44116

9590 9402 7547 2098 4315 78

7022 3330 0001 9189 2606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
                                  1/28

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☒ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      1:23CV117      Domestic Return Receipt