# EXHIBIT B

# AFFIDAVIT

I, Brent Leslie, declare and state that:

1. I am a resident of ███████████ Rocky River, Ohio 44116.

2. I am making this Affidavit in connection with that certain Case No. 1:23-CV-117 filed in the Northern District of Ohio Eastern Division by David Niederst against Minuteman Capital, LLC, Jonathan D. Heavy et al. ("Case No. 1:23-CV-117").

3. I have never been and am not currently an owner, officer, director or employee of Mr. Heavy or Minuteman or any other company affiliated with either of them.

4. I am a casual friend of Mr. Heavy and because of work experience on occasion Mr. Heavy and I might talk about business matters.

5. I had no knowledge that I was listed on Minuteman Capital, LLC's webpage as part of the "team" or an "advisor" or in any other capacity.

6. I have never received any consideration or promise of consideration from Mr. Heavy or Minuteman Capital, LLC or any other company affiliated with either of them.

7. I had no involvement in the events that gave rise to Case No. 1:23-CV-117.

8. On 1/25/21 I sent an email to Mr. Niederst's counsel, in response to a demand letter, that stated that I had no involvement in the creation of the video and wanted Mr. Niederst and his family to know this since they live in the same community as me.

9. I hereby declare, that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

Respectfully submitted,

Date: February 16, 2023

_____
Brent Leslie

1