IN THE UNITED STATES DISTRICT COUR
FOR THE NORTHERN DISTRICT OF OHIO

DAVID NIEDERST, )
                                    ) Case No. 1:23-cv-117
        Plaintiff, )
                                    ) Judge Flemming
v. )
                                    )
MINUTEMAN CAPITAL, LLC, et al., )
                                    )
        Defendants. )

**FILED**
MAY 0 1 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

[handwritten margin: 5/1/2023 A.P.R. Paid $120.00 Receipt # 145108]

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF MICHAEL T. LAYDEN

I, Michael T. Layden, a member in good standing in the bar of the State of Illinois, pursuant to Local Civil Rule 83.5(h) and Local Criminal Rule 57.5(h), moves of admission *pro hac vice* in this action. Attached hereto is a Declaration in support of said motion.

Respectfully Submitted,

By: /s/ Michael T. Layden

Michael T. Layden, Esq.
ARDC # 6229674
CROKE FAIRCHILD DUARTE & BERES, LLC
191 N. Wacker Dr., 31st Floor
Chicago, Illinois 60606
(312) 641-0881
mlayden@crokefairchild.com

## CERTIFICATE OF SERVICE

I, Michael T. Layden, hereby certify that on this 27th day of April, 2023, I caused a copy of the foregoing to be served via the Court's ECF System, on all counsel of record.

/s/ Michael T. Layden